FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

SEP 11 2008

GREGORY C. LANGHAM
CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. '08 - CV - 01946

(The above civil action number must appear on all future papers sent to the court in this action. Failure to include this number may result in a delay in the consideration of your claims.)

WILLIAM LONG HALE, a/k/a HAJI MOHAMMED,

    Plaintiff,

v.

THE MAYOR OF THE CITY OF DENVER,

    Defendant.

---

## ORDER DIRECTING CLERK TO COMMENCE CIVIL ACTION AND DIRECTING PLAINTIFF TO CURE DEFICIENCY

---

Plaintiff has submitted a Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915, a Complaint on the court's approved form, and another document titled "Complaint" that is not on the court's form. As part of the court's review pursuant to D.C.COLO.LCivR 8.1, the court has determined that the submitted documents are deficient as described in this order. Notwithstanding the deficiencies, the clerk of the court will be directed to commence a civil action. Plaintiff will be directed to cure the following if he wishes to pursue his claims. Any papers which the Plaintiff files in response to this order must include the civil action number on this order.

**Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915:**
(1) \_\_ is not submitted
(2) \_\_ is not on proper form (must use the court's current form)
(3) \_\_ is missing original signature by Plaintiff
(4) \_\_ is missing affidavit

(5)   X    affidavit is incomplete (<u>Page 1 question regarding service is not answered.</u>)
(6)   __   affidavit is not notarized or is not properly notarized
(7)   __   names in caption do not match names in caption of complaint
(8)   __   An original and a copy have not been received by the court. Only an original has been received.
(9)   __   other _____

**Complaint or Petition**:
(10)  __   is not submitted
(11)  __   is not on proper form (must use the court's current form)
(12)  __   is missing an original signature by the Plaintiff
(13)  __   is incomplete
(14)  __   uses et al. instead of listing all parties in caption
(15)  __   An original and a copy have not been received by the court. Only an original has been received.
(16)  __   Sufficient copies to serve each defendant/respondent have not been received by the court.
(17)  __   names in caption do not match names in text
(18)  __   other _____

Accordingly, it is

ORDERED that the clerk of the court commence a civil action in this matter. It is

FURTHER ORDERED that the Plaintiff cure the deficiencies designated above **within thirty (30) days from the date of this order**. Any papers which the Plaintiff files in response to this order must include the civil action number on this order. It is

FURTHER ORDERED that the clerk of the court mail to the Plaintiff, together with a copy of this order, copies of the following form(s): Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915. It is

FURTHER ORDERED that, if the Plaintiff fails to cure the designated deficiencies **within thirty (30) days from the date of this order**, the complaint and the

action will be dismissed without further notice. The dismissal shall be without prejudice.

DATED at Denver, Colorado, this 8th day of September, 2008.

BY THE COURT:

/s/ Boyd N. Boland
BOYD N. BOLAND
United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 08-CV-01946

William Long Hale
4200 Wis. Ave., N.W., Suite 146
Washington, D.C. 20016

I hereby certify that I have mailed a copy of the **ORDER and two copies of the Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 form** to the above-named individuals on 9/11/08

GREGORY C. LANGHAM, CLERK

By: _____
Deputy Clerk